**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Daniel GONZALEZ, Defendant— Appellant.**

No. 05–50863.

United States Court of Appeals, Ninth Circuit.

July 16, 2007.

Becky S. Walker, Esq., Pegeen D. Rhyne, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Brian A. Newman, Esq., Law Offices of Brian A. Newman, Culver City, CA, for Defendant–Appellant.

Before: SILVERMAN, WARDLAW, and BYBEE, Circuit Judges.

## ORDER

Submission of Gonzalez's appeal of his sentence is VACATED and DEFERRED pending the issuance of the mandate in *United States v. Carty,* 453 F.3d 1214 (9th Cir.2006), and *United States v. Zavala,* 443 F.3d 1165 (9th Cir.2006), where submission has been vacated pending the United States Supreme Court's decision in *United States v. Rita,* 177 Fed.Appx. 357 (4th Cir.2006), *cert. granted,* —— U.S. ——, 127 S.Ct. 551, 166 L.Ed.2d 406 (2006) (No. 06–5754).